UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK ANTHONY GUTHRIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 7:20-CV-43-BO |
| PHH MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on cross-motions for summary judgment, defendant's motion for protective order, motions to seal, and motions to strike.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motions to seal [DE 87, 76] are GRANTED; defendant's motion for protective order [DE 63] is DENIED AS MOOT; defendant's motion for summary judgment [DE 81] is GRANTED; defendant's motion to strike [DE 117] is DENIED; plaintiff's motion to strike [DE 79] is GRANTED; and plaintiff's motion for summary judgment [DE 99] is DENIED.

This case is closed.

**This judgment filed and entered on March 4, 2022, and served on:**
Blake Boyette (via CM/ECF Notice of Electronic Filing)
Joseph Frost (via CM/ECF Notice of Electronic Filing)
Matthew Buckmiller (via CM/ECF Notice of Electronic Filing)
Benjamin Bollinger (via CM/ECF Notice of Electronic Filing)
Carter Nichols (via CM/ECF Notice of Electronic Filing)
Ethan Ostroff (via CM/ECF Notice of Electronic Filing)
Jamie Rudd (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

March 4, 2022

/s/ Peter A. Moore, Jr.