FILED: August 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1248
(7:20-cv-00043-BO)

_____

MARK ANTHONY GUTHRIE

        Plaintiff - Appellant

v.

PHH MORTGAGE CORPORATION

        Defendant - Appellee

 and

TRANS UNION, LLC; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.

        Defendants

------------------------------

ELECTRONIC PRIVACY INFORMATION CENTER; THE NATIONAL CONSUMER LAW CENTER

        Amici Supporting Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is affirmed in part and vacated in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK