# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# NO.: 7:20-CV-00043-BO

| | |
|---|---|
| MARK ANTHONY GUTHRIE, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> PHH MORTGAGE CORPORATION f/k/a ) <br> OCWEN LOAN SERVICING, LLC d/b/a ) <br> PHH MORTGAGE SERVICES, TRANS ) <br> UNION, LLC, EQUIFAX, INC., EQUIFAX ) <br> INFORMATION SERVICES, LLC, and ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC., ) <br> ) <br> *Defendants*. ) <br> ) | **NOTICE OF SETTLEMENT AS TO DEFENDANT PHH MORTGAGE CORPORATION f/k/a OCWEN LOAN SERVICING, LLC d/b/a PHH MORTGAGE SERVICES** |

**NOW COMES** PLAINTIFF MARK ANTHONY GUTHRIE ("Plaintiff"), by and through undersigned counsel, and hereby notifies the Court and parties in the above-captioned action, that Plaintiff and DEFENDANT PHH MORTGAGE CORPORATION f/k/a OCWEN LOAN SERVICING, LLC d/b/a PHH MORTGAGE SERVICES have entered into a Mediated Settlement Agreement which resolves Plaintiff's claims against PHH, the sole Defendant remaining in the case. Plaintiff anticipates filing a Voluntary Dismissal (with prejudice) as to PHH within thirty (30) days.

Respectfully submitted this, the 24th day of January, 2025.

                                   **BUCKMILLER & FROST PLLC**

                                   BY: s/Matthew W. Buckmiller

                                   MATTHEW W. BUCKMILLER
                                   NCSB No. 35194
                                   mbuckmiller@bbflawfirm.com

                                   4700 Six Forks Road, Suite 150
                                   Raleigh, North Carolina 27609
                                   T: (919) 296-5040
                                   F: (919) 977-7101

                                   Counsel for Plaintiff Mark Anthony Guthrie

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have this day filed a copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court for the United States District Court for the Eastern District of North Carolina, and served the following CM/ECF participants:

James David Horne, Jr. (NC Bar No. 38737)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
301 S. College St., Ste. 3400
Charlotte, NC 28202
Telephone: (704) 998-6515
Email: jim.horne@troutman.com

John C. Lynch
Ethan G. Ostroff
Carter R. Nichols
TROUTMAN PEPPER HAMILTON SANDERS, LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
Email: john.lynch@troutman.com
Email: ethan.ostroff@troutman.com
Email: carter.nichols@troutman.com

Executed this, the 24th day of January, 2025.

/s/Matthew W. Buckmiller
MATTHEW W. BUCKMILLER
NCSB No. 35194
mbuckmiller@bbflawfirm.com
BUCKMILLER & FROST, PLLC